Argued and submitted December 17, 1982, reversed and remanded for resentencing January 5, 1983

# STATE OF OREGON,
*Respondent,*

*v.*

# TERRY DONALD HOUGHTON,
*Appellant.*

## (No. C 82-03-34461, CA A25564)

655 P2d 1103

Phillip M. Margolin, Portland, argued the cause and filed the brief for appellant.

William F. Nessly, Jr., Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM.

## PER CURIAM.

Defendant in this theft case appeals from the trial court's order of restitution, maintaining that a portion of the amount he is ordered to repay to his former employer is not supported by the record. We agree. Reversed and remanded for resentencing, with instructions to delete any restitution other than $4.15 per hour for hours of work claimed but not performed.